```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __3/8/2019__
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                              :
GWYNN X KINSEY, JR.,                 :
                              :
                Plaintiff,        :
                              :        18-CV-12345 (VSB)
         -against-                  :
                              :            **ORDER**
THE NEW YORK TIMES COMPANY,    :
                              :
                Defendant.   :
                              :
------------------------------------------------------------X

<u>VERNON S. BRODERICK</u>, United States District Judge:

      On February 7, 2019, Defendant filed a motion to dismiss the complaint pursuant to Federal Rule of Civil Procedure 12(b)(6).  (Doc. 6.)  Under Federal Rule of Civil Procedure 15(a)(1)(B), Plaintiff had 21 days after the service of the motion to amend the complaint once as a matter of course.  Plaintiff filed an amended complaint on February 28, 2019.  (Doc. 11.)  Accordingly, it is hereby:

      ORDERED Plaintiff shall serve any opposition to the motion to dismiss by April 8, 2019.  Defendant's reply, if any, shall be served by April 22, 2019.  At the time any reply is served, the moving party shall supply Chambers with two courtesy copies of all motion papers pursuant to my Individual Rules by mailing or delivering them to the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York.

SO ORDERED.

Dated: March 8, 2019
      New York, New York

Vernon S. Broderick
United States District Judge