

Barry Coburn<br>
Admitted DC, MD, VA, NY<br>
Direct Dial:  202-643-9472

April 11, 2019

<u>VIA ECF</u>
The Honorable Vernon S. Broderick
United States District Judge
United States District Court for the
 Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY  10007

  Re: <u>Kinsey v. The New York Times, Case No. 18-cv-12345-VSB</u>

Dear Judge Broderick:

  I represent the Plaintiff in the above-referenced case.  Pursuant to Your Honor's Individual Rules and Practices In Civil Cases, I am writing to respectfully request oral argument on the Defendant's Motion To Dismiss the First Amended Complaint.


Respectfully submitted,

*/s/ Barry Coburn*

Barry Coburn

cc:  Counsel for Defendant (via ECF)