UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
GWYNN X. KINSEY, JR.,

                       Plaintiff,

     -against-                          18 **CIVIL** 12345 (VSB)

**JUDGMENT**

THE NEW YORK TIMES COMPANY,

                     Defendant.
------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated March 29, 2020, Defendant's motion to dismiss Plaintiff's First Amended Complaint is granted; accordingly, this case is closed.

**Dated:** New York, New York
         March 24, 2020

                                                          **RUBY J. KRAJICK**
                                                          _____
                                                           **Clerk of Court**
                    **BY:**
                                                           _____
                                                             **Deputy Clerk**